UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARISSA HICKEL,

    Plaintiff,

v.                                            Case No. 8:11-cv-2861-T-24 EAJ

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

This cause comes before the Court for consideration of Plaintiff's motions for attorneys' fees under the Equal Access to Justice Act. (Doc. No. 24, 26). These motions were considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Jenkins has filed her report recommending that the motions be granted. (Doc. No. 29). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 29) is adopted and incorporated by reference in this Order of the Court.

(2) Plaintiff is awarded $5,528.00 in attorney's fees and $805.00 in costs made payable to Plaintiff and delivered to Plaintiff's counsel, unless

>Plaintiff does not owe a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, Plaintiff's assignment of EAJA fees will be recognized and the fees shall be paid directly to Plaintiff's counsel. Because Plaintiff was represented by counsel from different law firms, $3,510.00 should be paid to Sharon M. Barrett, Esq., and $2,823.00 should be paid to Roger W. Plata, Esq.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of June, 2014.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record